

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALLYSON JEAN BERGER,

    Defendant.

Case: **1:21-cr-20134**
Assigned To : **Ludington, Thomas L.**
Referral Judge: **Morris, Patricia T.**
Assign. Date : **3/3/2021**
Description: **IN RE: SEALED MATTER**



FILED
MAR 03 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

## INDICTMENT

THE GRAND JURY CHARGES:

### (18 U.S.C. § 1163)
### (Theft from an Indian Tribal Organization)

In and around January 2020 to on and about August 1, 2020, in the Eastern District of Michigan, Northern Division, **Allyson Jean Berger**, did steal, embezzle, and convert to her own use monies with a value over $1,000.00, that is, cash, casino credits, and dining credits belonging to the Saginaw Chippewa Indian Tribe, an Indian

Tribal Organization, in violation of 18 U.S.C. § 1163.

Dated:   March 3, 2021                      THIS IS A TRUE BILL


                                            s/Grand Jury Foreperson
                                            GRAND JURY FOREPERSON


SAIMA S. MOHSON
Acting United States Attorney

ANTHONY P. VANCE
Assistant U.S. Attorney
Chief, Branch Offices


s/Roy R. Kranz
ROY R. KRANZ (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
roy.kranz@usdoj.gov